**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov


IN RE:                                          Case No.:  19-22812-JKO
                                                Chapter 13

DARRON L. DEANE
_____Debtor_____/

## MOTION TO ALLOW LATE FILED CLAIM
## RE:  GISELA A. VOLKMEIER #5407 (Claim #7-1)

COME NOW the Debtor, DARRON L. DEANE, by and through the undersigned attorney, and files this Motion to Allow Late Filed Claim Re:  Gisela A. Volkmeier #5407 (Claim #7-1) and would show:

1.    On September 25, 2019, the Debtor filed for relief.

2.    The Debtors properly listed and noticed the Creditor Gisela A. Volkmeier #5407 (hereafter "Creditor") on schedule D.

3.    The Creditor has failed to file a claim in the case.

4.    On January 22, 2020, the Debtor's undersigned attorney filed a claim on behalf of Gisela A. Volkmeier #5407 (Claim #7-1).

WHEREFORE Debtor prays this honorable court will Grant this Motion to Allow the Late Filed Claim (POC #7-1) Re:  Gisela A. Volkmeier #5407 and grant any further relief the court deems appropriate.

Respectfully submitted,

/s/WINSTON I. CUENANT
Winston I. Cuenant
Cuenant & Nazareth, PA
FBN:  50167
101 NE 3rd Avenue, Suite 1500
Fort Lauderdale, FL  33301
Telephone: (954) 766-4271
Facsimile: (954)379-4454
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY  that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Motion has been provided via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 11th day of February 2020

/s/WINSTON I. CUENANT
Winston I. Cuenant


SERVICE LIST:

Robin Weiner, Chapter 13 Trustee

Gisela A. Volkmeier, P.O. Box 2273, Fort Lauderdale, FL  33303;